UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>MARK GARY KOLSUN FDBA<br>MARKRISS ENTERPRISES, LLC FDBA<br>MARKRISS ENTERPRISES NJ, LLC<br>    Debtor<br>NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER<br>and its assignees and/or<br>successors in interest,<br>    Movant/Secured Creditor,<br>v.<br>MARK GARY KOLSUN FDBA<br>MARKRISS ENTERPRISES, LLC FDBA<br>MARKRISS ENTERPRISES NJ, LLC<br>    Debtor<br>and<br>CHARLES R. GOLDSTEIN, PROTIVITI INC.<br>    Trustee<br>    Respondents | BCN#: 17-26402<br><br>Chapter: 7<br><br><br><br>**MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

COMES NOW, Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors in interest, (Movant herein), by Counsel, alleges as follows:

1. This Court has Jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334 and 11 U.S.C. 362; Federal Rule of Bankruptcy Procedure 9014; and Local Bankruptcy Rule 4001-1(a), and that this matter is a core proceeding.

2. The above named Debtor(s) filed a Chapter 7 Petition in Bankruptcy with this Court on December 6, 2017.

3. The Movant is the current payee of a promissory note secured by a Mortgage upon a parcel of real property with the address of 1607 Kenhorst Boulevard, Shillington, PA 19607-2121 and more particularly described in the Mortgage dated September 11, 2008 and recorded at Book 05425 at Page 1051, among the land records of the County of Berks, Maryland:

S&B# 17-271419

Land situated in the Borough of Kenhorst in the County of Berks in the State of PA

ALL THAT CERTAIN LOT OR PIECE OF GROUND, TOGETHER WITH THE ½ STORY BRICK BUNGALOW TYPE DWELLING HOUSE THEREON ERECTED, BEING KNOWN AS HOUSE NO. 1607 KENHORST BOULEVARD, IN THE BOROUGH OF KENHORST, COUNTY OF BERKS AND STATE OF PENNSYLVANIA, SAID LOT OR PIECE OF GROUND BEING FURTHER KNOWN AS THE NORTHERN 30 FEET OF LOT NO. 225 AND THE SOUTHERN 20 FEET OF LOT NO. 226, AS SHOWN ON MAP OR PLAN OF "RIDGE PARK ADDITION", SECTION NO. 2, WHICH SAID MAP OR PLAN IS RECORDED IN THE RECORDER'S OFFICE OF BERKS COUNTY, IN PLAN BOOK VOL. 8, PAGE 4.

Commonly known as: 1607 Kenhorst Boulevard, Shillington, PA 19607

Copies of the Note and Mortgage are attached hereto, marked as exhibits A and B and made a part hereof by reference.

4. This Movant is informed and believes, and based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtor(s).

5. The Debtor intends to surrender the subject property according to the Statement of intent filed with this Court on December 6, 2017.

6. As of December 8, 2017, the estimated outstanding obligations are:

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | 86,631.05 |
| Unpaid, Accrued Interest | $ | 5,067.04 |
| Uncollected Late Charges | $ | 0.00 |
| Mortgage Insurance Premiums | $ | 0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $ | 0.00 |
| Advances | $ | 6776.43 |
| Less: Partial Payments | ($ | 0.00) |
| Minimum Outstanding Obligations | $ | 91,698.09 |

7. The Debtor is in default with regard to payments which have become due under the terms of the aforementioned note and Mortgage.

As of December 8, 2017, the Debtor is due for:

S&B# 17-271419

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 10 | February 1, 2017 | November 1, 2017 | $944.08 | $9,440.80 |
| 1 | December 1, 2017 | December 1, 2017 | $947.60 | $947.60 |
| Atty Fees and Costs: | | | | $1,031.00 |
| | | | Total Payments: | $11,419.40 |

8. The Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Mortgage, but is prevented by the Automatic Stay from going forward with these proceedings.

9. This Movant is informed and believes, and based upon such information and belief, alleges that absent this Court's Order allowing this Movant to proceed with the pending foreclosure, Movant's security will be significantly jeopardized and/or destroyed.

10. CHARLES R. GOLDSTEIN, PROTIVITI INC., has been appointed by this Court as the Chapter 7 Trustee in this instant Bankruptcy proceeding.

11. This Movant is informed and believes and, based upon such information and belief, alleges that the Debtor has little or no equity in the property.

WHEREFORE, Movant prays for an order granting relief from Automatic Stay, and for such other relief as the Court deem proper.

S&B# 17-271419

Dated:  December 19, 2017

        SHAPIRO & BROWN, LLP
        Attorneys for Movant

        By: /s/ Renee Dyson
        William M. Savage, Esquire
        Federal I.D. Bar No. 06335
        Kristine D. Brown, Esquire
        Federal I.D. Bar No. 14961
        Thomas J. Gartner, Esquire
        Federal I.D. Bar No. 18808
        Gregory N. Britto, Esquire
        Federal I.D. Bar No. 22531
        Philip S. Shriver, Esquire
        Federal I.D. Bar No. 20037
        Renee Dyson, Esquire
        Federal I.D. Bar No. 15955
        LAW OFFICES OF
        SHAPIRO & BROWN, LLP
        10021 Balls Ford Road, Suite 200
        Manassas, Virginia 20109
        (703) 449-5800
        ECF@Logs.com

S&B# 17-271419

Certificate of Service

I hereby certify that on the 19th day of December, 2017 the following person(s) were served a copy of above mentioned Motion for Order Granting Relief from Stay in the manner described below:

Via CM/ECF Electronic Notice:

DAVID AUGUST BESTE, JR
Law Office of Cricket Browne, LLC           Debtor's Attorney
117 East Main Street
Elkton, MD 21921

CHARLES R. GOLDSTEIN
PROTIVITI INC.                              Trustee
1 EAST PRATT STREET
SUITE 800
BALTIMORE, MD 21202


Via First Class Mail, Postage Prepaid:

MARK GARY KOLSUN FDBA
MARKRISS ENTERPRISES, LLC FDBA
MARKRISS ENTERPRISES NJ, LLC               Debtor
108 Iroquois Drive
North East, MD 21901


                                      /s/ Renee Dyson
                                      Kristine D. Brown, Esquire
                                      William M. Savage, Esquire
                                      Thomas J. Gartner, Esquire
                                      Gregory N. Britto, Esquire
                                      Philip S. Shriver, Esquire
                                      Renee Dyson, Esquire

S&B# 17-271419